1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10
11                                      )
   UNITED STATES OF AMERICA,            )
12                                      )    No.  3-05-70637 BZ
              Plaintiff(s),             )
13                                      )
        v.                              )    **ORDER REFERRING CASE TO**
14                                      )    **SETTLEMENT CONFERENCE**
                                        )
15 DAMIEN RAYMOND,                      )
                                        )
16            Defendant(s).             )
                                        )
17
18     **IT IS HEREBY ORDERED** that this case is referred to the
19 Honorable Joseph Spero to conduct a settlement conference.
20 The parties will be contacted by Judge Spero's chambers.
21 DATED: August 29, 2005
22                                  _____
                                         Bernard Zimmerman
23                                  United States Magistrate Judge
24
25
26 G:\BZALL\CRIMINAL\ORDERS\ORDER.05\DAMIEN RAYMOND SETT CONF.ORDER.wpd
27
28
                                    1