UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DAMIEN RAYMOND,<br><br>Defendant(s).<br>_____/ | No. 3-05-70637 BZ (JCS)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>(E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

You are hereby notified that a settlement conference is scheduled for **September 27, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**Each party shall prepare a settlement conference statement, which must be lodged with the undersigned's chambers (NOT electronically filed) no later than noon on September 26, 2005.** Please 3-hole punch the document at the left side.

**On or before September 9, 2005**, Plaintiff shall make its settlement offer in writing to Defendant, with a copy to the undersigned. **On or before September 16, 2005**, Defendant shall reply and make his settlement offer to Plaintiff, with a copy to the undersigned.

The settlement conference statement should **not** be filed with the Clerk of the Court and need not be served on opposing counsel. The parties are encouraged, however, to exchange settlement conference statements. If settlement conference statements are exchanged, any party may submit an additional

confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

IT IS SO ORDERED.

Dated: August 31, 2005

JOSEPH C. SPERO
United States Magistrate Judge