1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7044
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.   CR 3 05-70637 BZ
                                     )         CR-05-0653 PJH
13         Plaintiff,                )
                                     )   [PROPOSED] ORDER EXCLUDING
14     v.                            )   TIME FROM AUGUST 29, 2005
                                     )   THROUGH SEPTEMBER 28, 2005 FROM
15  DAMIEN RAYMOND,                  )   CALCULATIONS UNDER THE SPEEDY
                                     )   TRIAL ACT (18 U.S.C. § 3161) AND
16         Defendant.                )   UNDER F.R.C.P. 5.1
                                     )

17

18      The parties were before this Court for appearance on the pending complaint on August 29, 2005. The defendant was personally present and out of custody. Steven G. Kalar, Assistant Federal Public Defender, appeared on behalf of the defendant. Gregg W. Lowder, Assistant United States Attorney, appeared for the United States. The Court continued the matter to September 28, 2005 @ 9: 30 a.m. for defendant's next appearance in magistrate court.

    At the request of the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from August 29, 2005 through September 28, 2005, and orders the matter to a settlement conference before the Honorable Joseph C. Spero, United States Magistrate Judge, during the interim period. The parties, including the defendant, agree and the Court finds and holds as follows:

Order re Speedy Trial Exclusion of Time
CR 3 05-70637 BZ

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure Rule 5.1, from August 29, 2005 through September 28, 2005 based upon the need for the defense to conduct further investigation into the facts of the case in order to effectively investigate and prepare the defendant's case, and to effectively prepare for a settlement conference set at the defendant's request.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1 for the above reasons, and believes the exclusion of time is in the defendant's best interests, and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure 5.1 should be from August 29, 2005 through September 28, 2005.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the period from August 29, 2005 through September 28, 2005, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and under the rights encompassed under Federal Rule of Criminal Procedure 5.1. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable Joseph C. Spero, United States Magistrate Judge, on September 28, 2005, @ 9:30 a.m. and orders a settlement conference in the interim, and (2) orders and finds that the time from August 29, 2005 through September 28, 2005 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure 5.1.

SO STIPULATED:

DATED: 9-27-05

_____/s/_____
STEVEN G. KALAR
Attorney for Defendant

DATED: 9-12-05

_____/s/_____
GREGG W. LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 20, 2005

~~JAMES LARSON~~
~~Chief United States Magistrate Judge~~
Nandor J. Vadas
U.S. Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 3 05-70637 BZ                         2