# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

e-filing

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-0653-PJH |
| ) | |
| Damien Raymond ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____February 1, 2006_____ be continued until _____March 22, 2006_____ at _____1:30 pm_____.

Date: 11/22/05

Phyllis J. Hamilton
United States District Judge

NDC-PSR-009 12/06/04